# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MATTHEW TYLER,**

        Petitioner,

        -vs-                             **Case No. 15-C-1332**

**DEBORAH McCULLOCH, Director,**
**Sand Ridge Secure Treatment Center,**[1]

        Respondent.

## DECISION AND ORDER

Matthew Tyler petitions for relief under 28 U.S.C. § 2254. Tyler alleges that his supervision was revoked through the use of false information. Such an allegation might form the basis of an actionable due process claim if the prosecutor knew or should have known about the falsification. *See, e.g., Ashburn v. Korte*, 761 F.3d 741, 757 (7th Cir. 2014). Therefore, the Court is unable to conclude that Tyler is not entitled to habeas relief. Rule 4, Rules Governing Section 2254 Cases. The respondent is directed to file an answer or other responsive pleading within **thirty (30) days** of the date of this Order.

---

[1] The petition is amended to name Deborah McCulloch as the respondent in this case. Rule 2(a), Rules Governing Section 2254 Cases.

Dated at Milwaukee, Wisconsin, this 1st day of December, 2015.

                **SO ORDERED:**

                _____
                **HON. RUDOLPH T. RANDA**
                **U.S. District Judge**